Eastern District of Kentucky
F I L E D

MAR 13 2019

AT ASHLAND
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# at PIKEVILLE

Civil Action No. 18-3-HRW

**EDDIE DEWAYNE COLE,**                    **PLAINTIFF,**

v.            **JUDGMENT**

**NANCY A. BERRYHILL,**
**ACTING COMMISSIONER OF SOCIAL SECURITY,**      **DEFENDANT.**

In conformity with the Order entered this date and in compliance with Federal Rule of Civil Procedure 58, **IT IS HEREBY ORDERED** and **ADJUDGED** that:

- A. pursuant to sentence four of 42 U.S.C. § 405(g), the administrative decision is **AFFIRMED** and judgment is entered in favor of the Defendant;
- B. the Plaintiff's Complaint against the Defendant is **DISMISSED WITH PREJUDICE** and the Plaintiff shall take nothing thereby; and
- C. this action is **STRICKEN** from the active docket of the Court.

March 13, 2019.



**Signed By:**
*Henry R. Wilhoit, Jr.*
**United States District Judge**